Nancy L. Fineman (Cal. SBN 124870)
nfineman@cpmlegal.com
Aron K. Liang (Cal. SBN 228936)
aliang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

Gregory A. Wedner (Cal. SBN 67965)
gwedner@lozanosmith.com
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:  (916) 329-7433
Facsimile:   (916) 329-9050

*Attorneys for Plaintiff*
*San Mateo Union High School District*

Jack W. Lee (Cal. SBN 71626)
jlee@minamitamaki.com
Sean Tamura-Sato (Cal. SBN 254092)
seant@minamitamaki.com
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
Telephone:   (415) 788-9000
Facsimile:    (415) 398-3887

*Attorneys for Plaintiff*
*AP Students – Viking Parent Group*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN MATEO UNION HIGH SCHOOL DISTRICT, a school district, individually and on behalf of the members of the SAN MATEO UNION HIGH SCHOOL DISTRICT and AP STUDENTS – VIKING PARENT GROUP, an unincorporated association,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>EDUCATIONAL TESTING SERVICES, a corporation; and COLLEGE ENTRANCE EXAMINATION BOARD, a corporation; and DOES 1 through 10, inclusive.<br><br>　　　　　　　Defendants. | Case No. CV-13-3660<br><br>**PLAINTIFF AP STUDENTS – VIKING PARENT GROUP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil Local Rule 3-16, undersigned counsel of record for Plaintiff AP STUDENTS – VIKING PARENT GROUP certifies that the following persons, association of persons or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    a.   Vikings-Parent Group dba Mills High School PTO.  The Vikings-Parent Group is the Parent Teacher Organization for Mills High School.

Dated: August 9, 2013                                        **MINAMI TAMAKI LLP**

                                                               By:      /s/ Jack W. Lee
                                                                         JACK W. LEE
                                                                        SEAN TAMURA-SATO

                                                                       *Attorneys for Plaintiff AP Students – Viking Parent Group*