
Nancy L. Fineman (Cal. SBN 124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Gregory A. Wedner (Cal. SBN 67965)
gwedner@lozanosmith.com
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

*Attorneys for Plaintiff San Mateo Union School District*

Jack W. Lee (Cal. SBN 71626)
JLee@MinamiTamaki.com
Sean Tamura-Sato (Cal. SBN 254092)
seant@minamitamaki.com
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Telephone: 415 788 9000
Facsimile: 415 398 3887

*Attorneys for Plaintiff AP Students – Viking Parent Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN MATEO UNION HIGH SCHOOL DISTRICT, a school district, individually and on behalf of the members of the SAN MATEO UNION HIGH SCHOOL DISTRICT, and AP STUDENTS – VIKING PARENT GROUP, an incorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL TESTING SERVICES, a corporation; and COLLEGE ENTRANCE EXAMINATION BOARD, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV-13-3660-SBA<br><br>**DECLARATION OF NANCY L. FINEMAN ISO *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Courtroom 1, Fourth Floor<br>Hon. Saundra Brown Armstrong |

I, Nancy L. Fineman, hereby declare as follows:

1. I am an attorney duly licensed to practice before this Court and all courts of this State and am a partner with the law firm of Cotchett, Pitre & McCarthy, LLP, counsel for Plaintiff San Mateo Union High School District. Except as otherwise stated, the matters set forth herein are within my personal knowledge and if called and sworn as a witness I could competently testify regarding them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an article from the *Orange County Register* about students confessing to cheating at Trabuco Hills High School. This article can be found on the Internet at http://www2.ocregister.com/articles/students-exams-testing-2087995-school-trabuco#.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 14th day of August, 2013 at Burlingame, California

_____
Nancy L. Fineman

**EXHIBIT 1**

This is a printer-friendly version. The navigation and other unnecessary elements have been removed.



Register Connect   Customer Service   eRegister

CARS   JOBS   HOMES

HOME   NEWS   SPORTS   BUSINESS   ENTERTAINMENT   LIFE   TRAVEL   OPINION   FOOD   TODAY'S PAPER



SUBSTANDARD: A group of seniors found guilty of cheating on AP exams in May ultimately led to 690 tests being tossed out by the exam's national administrator.

FILE PHOTO: MARILYNN YOUNG, THE ORANGE COUNTY REGISTER

Tuesday, July 8, 2008

# Saddleback district to fight to restore rejected AP exams

The test's national administrator tosses out 385 students' exams after cheating scandal.

**By SCOTT MARTINDALE**
THE ORANGE COUNTY REGISTER
Comments | Recommend

MISSION VIEJO – Saddleback Valley Unified trustees pledged Tuesday to fight the invalidation of 690 Advanced Placement exams at Trabuco Hills High School, saying the test's national administrator unfairly punished hundreds of students for the actions of a handful of cheaters and officials who flubbed testing protocols.

Trustees asked district staff to aggressively pursue legal options and hire a private attorney if necessary to fight the decision by the New York-based College Board and New Jersey-based Educational Testing Service.

The scrapped exams represent virtually all tests administered in May to 385 students in 10 subject areas at the Mission Viejo high school.

"We understand the problem; we took care of it on our end," trustee Dore Gilbert said. "We would gladly accept probation as an alternative. ... This is an egregious decision ETS has made in response to a small number of kids. They are punishing the best of the best."

Hundreds of high school students are mobilizing to fight last week's decision. Nearly 200 have joined a Web group on Facebook.com to protest the cancelation of their exam scores.

"I think there needs to be a change of administration at Trabuco Hills," said high school graduate Shauna Riley, 18, of Foothill Ranch.

Riley, who will attend the University of San Diego this fall, saw all four of her AP exam scores wiped out.

"Obviously they can't conduct themselves properly. These same sort of issues have happened ever year for the past three years. This is just the first time the College Board was aware of it."

The students want the school to accept more responsibility for not providing enough proctors in the testing rooms and for allowing them to sit too close together and face one another during testing. They also want a longer window of time to retake the exams; students can only retest the week of Aug. 11.

Testing officials said they were unaware of a problem of this magnitude in at least the past five years.

The decision to toss out the 690 Trabuco Hills exams was based on a combination of three factors: violations of the proctor-to-student ratio, improper seating arrangements and known instances of cheating, ETS spokesman Tom Ewing said.

Ten Trabuco Hills seniors have confessed to cheating – some via text messaging – on their AP statistics and macroeconomics exams.

"We always try to limit the number of cancellations to the smallest number possible, based on the evidence we gather, but we just couldn't narrow it down," Ewing said. "The administration was so far out of the guidelines that it was virtually impossible to tell who may or may not have cheated and how widely shared information was."

The 10 cheaters had their exams tossed and were barred from prom and some other senior activities – but not graduation or grad night, said Principal Dan Sullivan. In instances where the student's future college asked about ethical behavior, the cheating was reported, he added.

Students and parents expressed frustration that testing officials decided to punish everyone for a few people's mistakes.

High school graduate Kristin Arkin, who will attend UC Davis this fall, had four of her AP exams scrapped.

"I have to go through it all again, and I don't even have the benefit of teachers helping me," said Arkin, 17, of Rancho Santa Margarita. "I have no one to go to with questions. I wish I had known that they were going to cancel the tests two weeks after rather than two months after."

Junior Trent Grabowski, who took the AP European history exam in May, was planning to visit family in Washington for 2-1/2 weeks beginning July 23 and to attend a cross-country running camp during the retesting dates.

"This throws all of my plans into such a jumble that I can't really decide what to do," said Grabowski, 15. "I've had this stuff planned for most of the year."

School and district administrators, who have apologized to the Trabuco Hills community, said they did not expect ETS to take such drastic action and have been appealing the decision since it was handed down.

"I was fearful when I learned we had instances of students cheating, but when I asked ETS, they said they would just focus on the cheaters," Sullivan said. "There was no verification they were going to cancel 690 scores until June 26, and we immediately appealed."

Trabuco Hills lost that appeal with ETS on Thursday, and most parents received a letter in their mailboxes Saturday.

"The bottom line is they are accusing innocent kids of being cheaters," said Arkin's father, Hank, also of Rancho Santa Margarita. "It was pure circumstance they found that out. Are they inspecting every school? The testing institute doesn't realize the burden that it's thrown on the kids."

Contact the writer: 949-454-7394 or smartindale@ocregister.com

ADVERTISEMENT


### Reader Comments

Comments are encouraged, but you must follow our User Agreement.
1. Keep it civil and stay on topic.
2. No profanity, vulgarity, racial slurs or personal attacks.
3. People who harass others or joke about tragedies will be blocked.

Oldest First | Newest First | Show Recommended Comments Only

Home | News | Sports | Business | Entertainment | Life | Travel | Opinion | Real Estate | Jobs | Cars | Deals | Classifieds | Place An Ad |    Return to Top

| ADVERTISE OPTIONS | CONTACT OCREGISTER | OCR SERVICES | NEWS YOUR WAY | ADVERTISING | PARTNERS |
|---|---|---|---|---|---|
| Self Service | About Us | Archives | Blogs | Classifieds | KDOC-TV |
| Place an Online Ad | Careers | Buy Our Photos | E-Mail Newsletters | Cars | MSNBC |
| Place a Print Ad | Contact Us | California Lottery | E-Register | Deals | OC Excelsior |
| Place a Classified Ad | Corrections | Deals | Mobile | Jobs | Coast Magazine/OC |
| Media Kit | Customer Service | Register Connect | RSS | Real Estate | Register Magazine |
| Advertising Contact Info | Subscribe Today | Register in Education | Article Map | Place a Classified Ad | OrangeCounty.com |
| | Subscriber Services | Obituaries | Site Map | View our Media Kit | Freedom Printing |
| | Site Help | Facebook Comments FAQs | Video | | OC Register Family |
| | Site Feedback | | | | OC Register Metro |
| | | | | | Southland Golf |



**ORANGE COUNTY REGISTER**

Copyright © 2013 Orange County Register. All Rights Reserved.
Privacy Policy | Site Help | User Agreement | Site Map