Nancy L. Fineman (Cal. SBN 124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Gregory A. Wedner (Cal. SBN 67965)
gwedner@lozanosmith.com
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

*Attorneys for Plaintiff San Mateo Union School District*

Jack W. Lee (Cal. SBN 71626)
JLee@MinamiTamaki.com
Sean Tamura-Sato (Cal. SBN 254092)
seant@minamitamaki.com
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Telephone: 415 788 9000
Facsimile: 415 398 3887

*Attorneys for Plaintiff AP Students – Viking Parent Group*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN MATEO UNION HIGH SCHOOL DISTRICT, individually and on behalf of the members of the SAN MATEO UNION HIGH SCHOOL DISTRICT, and AP STUDENTS – VIKING PARENT GROUP, an unincorporated California association,<br><br>        Plaintiffs,<br><br>        v.<br><br>EDUCATIONAL TESTING SERVICES, a corporation; and COLLEGE ENTRANCE EXAMINATION BOARD, a corporation; and DOES 1 through 10, inclusive.<br><br>        Defendant. | Case No. CV-13-3660-SBA<br><br>**DECLARATION OF JACK W. LEE IN SUPPORT OF PLAINTIFFS' REPLY ISO *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

DECLARATION

I, Jack W. Lee, declare as follows:

1. The statements in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify thereto.

2. I am counsel for Plaintiff AP Students – Viking Parent Group ("Viking Group"), an unincorporated California association.

3. The Viking Group is comprised of high school students who took Advanced Placement tests at Mills High School and have had their scores invalidated by Defendants Educational Testing Services and College Entrance Examination Board. It is also comprised of those students' parents, who will be harmed financially and otherwise by the invalidation of the May 2013 AP examination scores.

4. To date, over 180 students and parents have joined the Viking Group and support the Group's efforts to ensure that the May 2013 AP examinations are properly scored and reported to colleges. The Mills High School parent teacher organization, the Vikings-Parent Group, which is a registered 501(c)(3) corporation, has also joined the Viking Group.

5. Mills High School students who had their AP test scores invalidated, and their parents, are continuing to contact me every day to express interest in joining the Viking Group.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 14th day of August, 2013 at San Francisco, California.

_____
Jack W. Lee

- 1 -
DECLARATION