| | |
|---|---|
| Nancy L. Fineman (Cal. SBN 124870)<br>nfineman@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 | |
| Gregory A. Wedner (Cal. SBN 67965)<br>gwedner@lozanosmith.com<br>**LOZANO SMITH**<br>One Capitol Mall, Suite 640<br>Sacramento, CA 95814<br>Telephone: (916) 329-7433<br>Facsimile: (916) 329-9050<br><br>*Attorneys for Plaintiff San Mateo Union School District* | Jack W. Lee (Cal. SBN 71626)<br>JLee@MinamiTamaki.com<br>Sean Tamura-Sato (Cal. SBN 254092)<br>seant@minamitamaki.com<br>**MINAMI TAMAKI LLP**<br>360 Post Street, 8th Floor<br>San Francisco, California 94108-4903<br>Telephone: 415 788 9000<br>Facsimile: 415 398 3887<br><br>*Attorneys for Plaintiff AP Students – Viking Parent Group* |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN MATEO**

| | |
|---|---|
| SAN MATEO UNION HIGH SCHOOL DISTRICT, individually and on behalf of the members of the SAN MATEO UNION HIGH SCHOOL DISTRICT, and AP STUDENTS – VIKING PARENT GROUP, an unincorporated California association,<br><br>                Plaintiffs,<br><br>                v.<br><br>EDUCATIONAL TESTING SERVICES, a corporation; and COLLEGE ENTRANCE EXAMINATION BOARD, a corporation; and DOES 1 through 10, inclusive.<br><br>                Defendant. | **DECLARATION OF JEAN JOH IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

DECLARATION

I, Jean Joh, declare as follows:

1. The statements in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I was a proctor for the Advanced Placement ("AP") U.S. History "retest" at Mills High School on August 13, 2013.

3. When students arrived at Mills High School to check in for the retest, they were ordered to remove all electronic devices from their bag and pockets and to turn them to the off-position. They were then collected by the main proctor and placed on the front table, where the phones were kept until the end of the entire test.

4. There were "No Cell Phone" signs posted on every wall of the testing room.

5. I understand that the College Board AP Coordinator's Manual prohibits the use of cellular phones during examinations.

6. I did not see any student using a cell phone during the examination.

7. However, I did see an Educational Testing Services ("ETS") representative using a cell phone during the examination on at least three occasions.

8. I personally asked the ETS representative why he was using his cell phone during the examination, as no electronic devices were allowed were to be used in the testing rooms at all. The ETS representative told me that he was using his cell phone because he was required to correspond with ETS about the administration of this retest.

I declare under penalty of perjury under the laws of State of California and the United States of America that the foregoing is true and correct.

Executed this __14th__ day of August, 2013 at ___Millbrae___, California.



Jean Joh

- 1 -
DECLARATION