Nancy L. Fineman (Cal. SBN 124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Gregory A. Wedner (Cal. SBN 67965)
gwedner@lozanosmith.com
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

*Attorneys for Plaintiff San Mateo Union School District*

Jack W. Lee (Cal. SBN 71626)
JLee@MinamiTamaki.com
Sean Tamura-Sato (Cal. SBN 254092)
seant@minamitamaki.com
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Telephone: 415 788 9000
Facsimile: 415 398 3887

*Attorneys for Plaintiff AP Students – Viking Parent Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN MATEO UNION HIGH SCHOOL DISTRICT, individually and on behalf of the members of the SAN MATEO UNION HIGH SCHOOL DISTRICT, and AP STUDENTS – VIKING PARENT GROUP, an unincorporated California association,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL TESTING SERVICES, a corporation; and COLLEGE ENTRANCE EXAMINATION BOARD, a corporation; and DOES 1 through 10, inclusive.<br><br>Defendant. | Case No. CV-13-3660-SBA<br><br>**DECLARATION OF JASON ZHANG IN SUPPORT OF PLAINTIFFS' REPLY ISO *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

DECLARATION

I, Jason Zhang, declare as follows:

1. The statements in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify thereto.

2. I am a rising senior at Mills High School in Millbrae, California and a member of the class of 2014.

3. I took Advanced Placement ("AP") examinations at Mills High School in May 2013. My test scores for the following examinations were invalidated:

    (i) AP U.S. History,

    (ii) AP Calculus BC, and

    (iii) AP Chemistry.

<u>AP Chemistry</u>

4. I took the AP Chemistry retest on August 12, 2013.

5. When I arrived at Mills High School to check in for my August 2013 AP examinations, I was ordered to remove all electronic devices from my bag and pockets and to turn them to the off-position.

6. Prior to the examination, the proctors went through a list of what was and was not permitted during the examination. These instructions included telling students that they were not allowed to use cellular phones during the examination.

7. I understand that the College Board AP Coordinator's Manual prohibits the use of cellular phones during examinations.

8. I did not see any student using a cell phone during the examination.

9. However, I did see an Educational Testing Services ("ETS") proctor using a cell phone during the examination. I introduced myself to this proctor prior to the examination and he told me that he was serving as a proctor on behalf of ETS. I saw the ETS proctor using his cell phone multiple times during the examination. Almost every time I saw the ETS proctor, he was using his cell phone. I do not believe that the ETS proctor was just keeping time for the examination on his cell phone, as I saw him typing on the phone.

- 1 -
DECLARATION

10. It was physically and psychologically impossible for me be as prepared for the AP Chemistry retest as I was in May 2013 when I initially took the examination. I prepared for the examinations in May by attending numerous classes and tutoring sessions, and spending many hours studying. It was unreasonable for me to only have a couple of weeks for me to study for the AP Chemistry re-test. I did not know the material nearly as well as I did in May 2013. Earning my original score would be a reach, if not outright impossible.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 13th day of August, 2013 at Millbrae, California.

_____
Jason Zhang