1  Christopher T. Casamassima (SBN 211280)
   WILMER CUTLER PICKERING
2    HALE AND DORR LLP
   350 South Grand Avenue, Suite 2100
3  Los Angeles, CA 90071
   Telephone: (213) 443-5374
4  Facsimile: (213) 443-5400
   Email: chris.casamassima@wilmerhale.com
5

6  Bruce M. Berman (*pro hac vice*)
   Jonathan E. Paikin (*pro hac vice*)
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  1875 Pennsylvania Avenue NW
   Washington, DC 20006
9  Telephone: (202) 663-6000
   Facsimile: (202) 663-6363
10 Email: bruce.berman@wilmerhale.com
           jonathan.paikin@wilmerhale.com
11

12 *Attorneys for Defendants Educational Testing Service and the College Board*

13 *A complete list of all parties and counsel is on the signature page.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN MATEO UNION HIGH SCHOOL DISTRICT, a school district, individually and on behalf of the members of the SAN MATEO UNION HIGH SCHOOL DISTRICT and AP STUDENTS – VIKING PARENT GROUP, an unincorporated association,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDUCATIONAL TESTING SERVICE, a corporation, COLLEGE ENTRANCE EXAMINATION BOARD, a corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CIVIL CASE NO.: 13-03660 SBA<br><br>**STIPULATION FOR EXTENSION OF TIME** |

```

```

STIPULATION FOR EXTENSION OF TIME                              CASE NO.: CV 13-03660 SBA

**STIPULATION FOR EXTENSION OF TIME**

Pursuant to Civil Local Rule 6-1(a), Plaintiffs San Mateo Union High School District and AP Students – Viking Parent Group and Defendants Educational Testing Service and College Entrance Examination Board, through their undersigned counsel, hereby stipulate and agree that the date for Defendants to answer, move, or otherwise respond to Plaintiffs' First Amended Complaint, filed August 9, 2013, shall be extended ten (10) days from the original due date of August 26, 2013. Defendants' response to Plaintiffs' First Amended Complaint shall be due on September 5, 2013.

This extension does not alter the date of any event or deadline already fixed by the Court.

Respectfully submitted,

By:

| | |
|---|---|
| /s/ Christopher T. Casamassima | /s/ Nancy L. Fineman |
| WILMER CUTLER PICKERING HALE AND DORR LLP | COTCHETT, PITRE & McCARTHY LLP |
| Christopher T. Casamassima | Nancy L. Fineman |
| 350 South Grand Avenue, Suite 2100 | Aron K. Liang |
| Los Angeles, CA 90071 | San Francisco Airport Office Center |
| | 840 Malcolm Road, Suite 200 |
| Bruce M. Berman (*pro hac vice*) | Burlingame, CA 94010 |
| Jonathan E. Paikin (*pro hac vice*) | |
| 1875 Pennsylvania Avenue NW | LOZANO SMITH |
| Washington, DC  20006 | Gregory A. Wedner |
| | One Capitol Mall, Suite 640 |
| *Attorneys for Defendants Educational Testing Service and the College Board* | Sacramento, CA 95814 |
| | *Attorneys for Plaintiff San Mateo Union High School District* |
| | |
| | /s/ Jack W. Lee |
| | MINAMI TAMAKI LLP |
| | Jack W. Lee |
| | Sean Tamura-Sato |
| | 360 Post Street, 8th Floor |
| | San Francisco, CA 94108 |
| | |
| | *Attorneys for Plaintiff AP Students – Viking Parent Group* |

```
```

-1-

STIPULATION FOR EXTENSION OF TIME                                              CASE NO.: CV 13-03660 SBA