Nancy L. Fineman (Cal. SBN 124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Gregory A. Wedner (Cal. SBN 67965)
gwedner@lozanosmith.com
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

*Attorneys for Plaintiff San Mateo Union School District*

Jack W. Lee (Cal. SBN 71626)
JLee@MinamiTamaki.com
Sean Tamura-Sato (Cal. SBN 254092)
seant@minamitamaki.com
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Telephone: 415 788 9000
Facsimile: 415 398 3887

*Attorneys for Plaintiff AP Students – Viking Parent Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN MATEO UNION HIGH SCHOOL DISTRICT, a school district, individually and on behalf of the members of the SAN MATEO UNION HIGH SCHOOL DISTRICT, and AP STUDENTS – VIKING PARENT GROUP, an incorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL TESTING SERVICES, a corporation; and COLLEGE ENTRANCE EXAMINATION BOARD, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV-13-3660-SBA<br><br>**NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**[F.R.C.P. Section 41(a)(1)]** |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiffs San Mateo Union High School District and AP Students – Viking Parent Group hereby dismisses all claims made in Case No. CV 13-3660-SBA, <u>without prejudice</u>, against defendants Educational Testing Services and College Entrance Examination Board

Dated: September 16, 2013

**COTCHETT, PITRE & McCARTHY, LLP**

By  */s/ Nancy L. Fineman*
    NANCY L. FINEMAN

**LOZANO SMITH**

By  */s/ Gregory A. Wedner*
    GREGORY A. WEDNER

*Attorneys for Plaintiff San Mateo Union High School District*

**MINAMI TAMAKI LLP**

By  */s/ Jack W. Lee*
    JACK W. LEE

*Attorneys for Plaintiff AP Students—Viking Parent Group*